**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH E. ARLEDGE, | ) | CASE NO. 2:17-cv-00964 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| v. | ) | |
| | ) | |
| GLENLAUREL, INC. | ) | |
| d/b/a GLENLAUREL A SCOTTISH INN & | ) | |
| COTTAGES. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case, with prejudice, with each party to bear its own court costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Janay M. Stevens* | */s/ Matthew G. Bruce* |
| Michael W. Hawkins (0012707) | Matthew G. Bruce (0083769) |
| Janay M. Stevens (0090515) | **The Spitz Law Firm, LLC** |
| DINSMORE & SHOHL LLP | 25200 Chagrin Blvd. |
| 255 E. Fifth Street | Suite 200 |
| Cincinnati, OH 45202 | Cleveland, Ohio 44122 |
| Phone: (513) 977-8270 | Phone: (513) 883-1147 |
| Fax: (513) 977-8141 | Fax: (216) 291-5744 |
| Email: michael.hawkins@dinsmore.com | Email: matthew.bruce@spitzlawfirm.com |
| janay.stevens@dinsmore.com | |
| | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |